UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ANGELA NAILS,

    Plaintiff,

                                                Case No. 17-13726

v.

                                                Hon. John Corbett O'Meara

CHRISTIAN WEBB,

    Defendant.

_____/

**ORDER GRANTING APPLICATION TO PROCEED**
***IN FORMA PAUPERIS* AND DISMISSING COMPLAINT**

Appearing pro se, Plaintiff Angela Nails filed a complaint and application to proceed without prepayment of fees on November 16, 2017. The court finds Plaintiff's application to proceed *in forma pauperis* to be facially sufficient and, therefore, grants Plaintiff's motion to proceed without prepayment of fees. See 28 U.S.C. § 1915(a); Gibson v. R.G. Smith Co., 915 F.2d 260, 262 (6th Cir. 1990).

Once a court grants a plaintiff permission to proceed *in forma pauperis*, it must review the complaint pursuant to 28 U.S.C. § 1915(e). The court "shall dismiss" the case if the court finds that it is "(i) frivolous or malicious; (ii) fails to state a claim on which relief may be granted; or (iii) seeks monetary relief against a defendant who is immune from such relief." 28 U.S.C. § 1915(e)(2)(B).

Under Fed. R. Civ. P. 8(a)(2), a complaint must contain "a short and plain

statement of the claim showing that the pleader is entitled to relief." Although this standard does not require "detailed factual allegations," it does require more than "labels and conclusions" or "a formulaic recitation of the elements of a cause of action." Bell Atlantic Corp. v. Twombly, 550 U.S. 544, 555 (2007). Rather, the plaintiff must allege facts that, if accepted as true, are sufficient "to raise a right to relief above the speculative level" and to "state a claim to relief that is plausible on its face." Id. at 570. See also Ashcroft v. Iqbal, 129 S.Ct. 1937, 1949-50 (2009).

Although the court is mindful of Plaintiff's pro se status, it finds that Plaintiff's complaint fails to meet this standard. Plaintiff does not identify a cause of action, but seeks "relief under any federal law or rule" that would apply to her dispute with her attorney. Plaintiff does not allege any facts that would give rise to a cause of action under federal law. The court will dismiss Plaintiff's complaint, which fails to state a claim upon which relief may be granted.

IT IS HEREBY ORDERED that Plaintiff's complaint is DISMISSED.

                                                s/John Corbett O'Meara
                                                United States District Judge

Date: December 6, 2017

I hereby certify that a copy of the foregoing document was served upon the parties of record on this date, December 6, 2017, using the ECF system and/or ordinary mail.

s/William Barkholz
Case Manager